**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ALEX GARCIA PEREZ,

Petitioner,

v. No. 2:26-cv-01177-MLG-JMR

WARDEN, Otero County Processing Center; et al,

Respondents.

**ORDER OF DISMISSAL**

This matter is before the Court on Alex Garcia Perez's pro se 28 U.S.C. § 2241 Habeas Petition ("Petition"), Doc. 1. Garcia Perez was an immigration detainee when this case was filed and the Petition challenges his prolonged detention without due process. Doc. 1. Respondent's November 23, 2026, status update shows that Garcia Perez was deported from the United States on July 23, 2026, and is no longer in immigration detention. *See also* Doc. 11. Accordingly, the case is moot and the Court orders that the Petition be dismissed without prejudice. *See Ferry v. Gonzales*, 457 F.3d 1117, 1132 (10th Cir. 2006) (concluding § 2241 claims are generally moot after petitioner's release or removal). A final judgment will be entered separately.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA